JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ALTIKRITI and NOFAL ALTIKRITI,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-07369-AB-FFM<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS CASE** |

Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation and **DISMISSES with prejudice** the Complaint as to all parties and claims. The Clerk of Court shall terminate the case.  **IT IS SO ORDERED**

Dated: October 06, 2020

_____
United States District Judge